Law Library

FILED
SUPERIOR COURT
OF GUAM

2012 OCT 25 PM 2: 38

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM,

vs.

LAWRENCE TENORIO LAGUANA,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**CRIMINAL CASE NO. CF0588-12**

**DECISION AND ORDER
RE: MOTION FOR
DISQUALIFICATION**

### INTRODUCTION

This matter came before the HONORABLE VERNON P. PEREZ on October 23, 2012. Attorney Curtis C. Van de veld appeared representing Defendant. Attorney Frances DeCecco appeared on behalf of the Government. Having reviewed the record, pleadings and arguments presented, the Court now issues the following Decision and Order.

### BACKGROUND

On October 23, 2012, Defendant filed with the Court his objection to this Court presiding over the above-captioned matter.

/ /

/ /

*People v. Laguana,*
Decision and Order
Criminal Case No. CF0588-12          - Page 1 of 2 -

## CONCLUSION

This Court does not object to the Motion and hereby consents that the proceeding be tried before another Judge pursuant to 7 GCA § 6107. This should be done expediently as Defendant has asserted his right to a speedy trial.

So **ORDERED** this ⅹth day of October, 2012.

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

/ /

/ /

I do hereby certify that the foregoing is a full true and correct copy of the ORIGINAL on file in the Office of the Clerk of Court, Superior Court of Guam.

DATED: OCT 2 5 2012

JEROME R.J. CRUZ ?
DEPUTY CLERK, Superior Court of Guam

/ /

/ /

*People v. Laguana,*
Decision and Order
Criminal Case No. CF0588-12 - Page 2 of 2 -